# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

TRAVIS CRABB,
ADC #650787                                                                                          PLAINTIFF

v.                                    4:15CV00004-SWW-JTK

SOUTHERN HEALTH PARTNERS, et al.                                                   DEFENDANTS

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion to Dismiss (Doc. No. 9) is GRANTED.

2. Defendant Southern Health Partners is DISMISSED.

3  Plaintiff's official capacity claims against Defendant Eichler are DISMISSED.

IT IS SO ORDERED this 9th day of April, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE