# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

TRAVIS CRABB,                                                                                        PLAINTIFF
ADC #650787

v.                              4:15cv00004-SWW-JTK

SOUTHERN HEALTH PARTNERS, et al.                                                DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  There have been no objections.  After a review of those proposed findings and recommendations, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that:

1)   Defendant Eichler's Motion for Summary Judgment (Doc. No. 20) is GRANTED.

2)   Plaintiff's allegations against Defendant Eichler are DISMISSED with prejudice.

3)   Plaintiff's allegations against the unidentified Does are DISMISSED without prejudice for failure to serve.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 5th day of October, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　/s/Susan Webber Wright
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE